# INLAND STEEL COMPANY v. YEDINAK, BY NEXT FRIEND.

[No. 6,281. Filed December 16, 1908.]

APPEAL.—*Transfer.—Constitutional Question.*—Where a case appealed to the Appellate Court presents a question of constitutional law, it will be transferred to the Supreme Court.

From Lake Circuit Court; *Willis C. McMahan,* Judge.

Action by John Yedinak, by his next friend, against the Inland Steel Company. From a judgment on a verdict for plaintiff for $2,000, defendant appeals. *Transferred to Supreme Court.* (For decision on appeal, see 172 Ind. —.)

*William J. Whinery* and *John B. Peterson,* for appellant. *F. N. Gavit* and *J. E. Westfall,* for appellee.

RABB, J.—This is an action for damages for personal injuries, and is predicated upon an alleged violation of the provisions of sections one and two of the factory act (Acts 1899, p. 231, §§8021, 8022 Burns 1908). We are met at the threshold of the case by the contention of the appellant that these provisions of the factory act are unconstitutional, as being violative of §10, article 1, of the Constitution of the

United States, and also of the 5th and 14th amendments thereto, and of §§1, 23, article 1, of the Constitution of the State of Indiana, presenting, therefore, questions which this court has no jurisdiction to determine.

For this reason the cause is transferred to the Supreme Court for decision.